

September 5, 2025

**VIA CM/ECF**
Judge Brenda K. Sannes
US District Court
Northern District of New York
James T. Foley Courthouse
445 Broadway, Suite 509
Albany, NY 12207

RE: <u>Stellantis Financial Services, Inc. v. Bul Auto Sales and Service 1 Inc. et al</u>
      Case No. 25-cv-00856

Dear Judge Sannes,

This office represents Plaintiff, Stellantis Financial Services, Inc. ("Plaintiff"), in the above-captioned action. On July 2, 2025, this office filed a Motion for Order to Show Cause for an Order of Seizure and Temporary Restraining Order (the "Motion") seeking to recover certain collateral that Plaintiff had a security interest in. [See Docket No. 4]. Since the filing of the Motion, Plaintiff was able to recover part of the collateral, and believes it has gained the cooperation of the Defendants and other parties to recover the remaining collateral. Due to the Defendants' anticipated cooperation we will withdraw the Motion at this time without prejudice.

Thank you in advance for your consideration. Please do not hesitate to contact the undersigned should you have any questions or require anything further.

Very truly yours,
LIPPES MATHIAS LLP

Joann Sternheimer
Js/kjl

Joann Sternheimer | Partner | jsternheimer@lippes.com

54 State Street, Suite 1001, Albany, NY 12207   Phone: 518.462.0110   Fax: 518.462.5260   lippes.com
New York: Albany, Buffalo, Clarence, Long Island, New York City, Rochester, Saratoga Springs, Syracuse // Florida: Jacksonville, West Palm Beach
Illinois: Chicago // Ohio: Cleveland // Oklahoma: Oklahoma City // Ontario: Greater Toronto Area // Texas: San Antonio // Washington, D.C.