

February 18, 2026

**VIA CM/ECF**
Magistrate Judge Daniel J. Stewart
United States District Court, Northern District of New York
James T. Foley Courthouse
445 Broadway, 4th Floor
Albany, New York 12207

RE: *Stellantis Financial Services, Inc. v. BUL Auto Sales and Service 1 Inc., et al.*
    Case No. 25-cv-00856

Dear Judge Stewart,

This office represents Plaintiff, Stellantis Financial Services, Inc. ("Plaintiff"), in the above-captioned matter. Defendants, BUL Auto Sales and Service 1 Inc. and Vladimir Ranguelov ("Defendants") are represented by Jack Calareso and Katy Bobel of Gleason, Dunn, Walsh and O'Shea. Our previously scheduled mediation was adjourned to allow the parties to reach settlement independently and is currently scheduled for Thursday, February 22, 2026. Plaintiff has served discovery, including deposition notices. Discovery is scheduled to end on March 6, 2026.

The parties write to advise your Honor that we have agreed to the terms of a settlement agreement. Defendants have requested certain revisions to the form, but not the substance, of the agreement. Plaintiff has agreed, and my office is revising the agreement to conform with Defendants' counsel's request. We expect to have the revised agreement to them this week. While we believe that the matter is essentially settled, the documents are not yet finalized or signed. The parties do not wish to incur additional costs of discovery or mediation now that the matter is settled, but also do not wish to miss any deadlines in the unlikely event that the agreement is not signed. Accordingly, the parties write to jointly request, for cause, a 30-day extension of the parties' time to complete discovery, file all motions, complete mediation and commence trial under the Civil Case Management Plan dated June 30, 2025 (Doc. 3) in this case to give the parties time to finalize and execute the settlement agreement and related documents. If your Honor has any questions or would like to discuss this matter further, the parties are available for a conference call at your request.

Thank you for your time and attention to this matter.

Very truly yours,
LIPPES MATHIAS LLP

*/s/ Joann Sternheimer*

Joann Sternheimer

cc:    Jack Calareso, Esq. (via CM/ECF notification)
       Katy Bobel, Esq. (via CM/ECF notification)

**Joann Sternheimer** | Partner | jsternheimer@lippes.com

54 State Street, Suite 1001, Albany, NY 12207   **Phone:** 518.462.0110   **Fax:** 518.462.5260   **lippes.com**
**New York:** Albany, Buffalo, Clarence, Long Island, New York City, Rochester, Saratoga Springs, Syracuse  //  **Florida:** Jacksonville, West Palm Beach
**Illinois:** Chicago  //  **Ohio:** Cleveland  //  **Oklahoma:** Oklahoma City  //  **Ontario:** Greater Toronto Area  //  **Texas:** San Antonio  //  **Washington, D.C.**