**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------

STELLANTIS FINANCIAL SERVICES, INC.,

                  Plaintiff,

   -against-

BUL AUTO SALES & SERVICE 1 INC. and
VLADMIR RANGUELOV,
                Defendants.

-------------------------------------------------------

Case No. 25-cv-00856-BKS-DJS

### NOTICE OF PRESENTMENT OF CONSENT ORDER AND JUDGMENT

PLEASE TAKE NOTICE THAT Plaintiff, Stellantis Financial Services, Inc. ("Plaintiff"),

and Defendants,  BUL Auto Sales and Service 1 Inc. and Vladmir Ranguelov (collectively, the

"Defendants"), having reached agreement resolving all matters between them, Plaintiff, by and

through its undersigned counsel, will present the attached proposed Consent Order and Judgment

between Plaintiff and Defendants for signature to the Honorable Daniel J. Stewart, U.S. Magistrate

for the United States District Court, Northern District of New York, James T. Foley Courthouse,

445 Broadway, Albany, New York 12207 at 9:30 a.m. on May 8, 2026.

Dated: May 1, 2026

                            **LIPPES MATHIAS LLP**

                            */s/ Joann Sternheimer*
                            Joann Sternheimer, Esq.
                            Lippes Mathias, LLP
                            *Attorneys for Plaintiff*
                            677 Broadway, 6th Floor
                            Albany, NY 12207
                            Ph.  (518) 462-0110
                            E-mail: jsternheimer@lippes.com