**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------
STELLANTIS FINANCIAL SERVICES, INC.,

                         Plaintiff,

    -against-

                                  Case No. 25-cv-00856-BKS-DJS

BUL AUTO SALES & SERVICE 1 INC. and
VLADMIR RANGUELOV,
                       Defendants.
-------------------------------------------------------

## <u>CONSENT ORDER AND JUDGMENT</u>

      This matter having come before the Court upon the consent of the parties, and the parties having consented to the jurisdiction of the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c) for purposes of entry of this Order and Judgment, and good cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

      1.      Pursuant to a Settlement Agreement among the Parties, Judgment is hereby entered in favor of Plaintiff, Stellantis Financial Services, Inc. ("Plaintiff"), and against Defendants, BUL Auto Sales & Service 1 Inc. and Vladmir Ranguelov (collectively, the "Defendants"), jointly and severally, in the total amount of Three Million Eight Hundred Fifty-Seven Thousand Two Hundred Eight and 25/100 ($3,857,208.25) Dollars, which sum includes the principal balance of units sold by Defendants out of trust ("SOT").

      2.      Post-judgment interest shall accrue on the judgment amount at the rate provided by 28 U.S.C. § 1961 from the date of entry of this Judgment until paid in full.

      3.      This Consent Order and Judgment is entered with full knowledge of, and subject to, the provisions of the Federal Rules of Civil Procedure governing enforcement of judgments.

      4.      The Clerk of Court is respectfully directed to enter judgment accordingly and to close this case.

      5.      This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement and this Consent Order and Judgment.

      The undersigned parties, by and through their respective counsel, hereby consent to the entry of the foregoing Consent Order and Judgment and to the jurisdiction of the United States Magistrate Judge for purposes of entry of this Consent Order and Judgment pursuant to 28 U.S.C. § 636(c).

*[signature page follows]*

**LIPPES MATHIAS LLP**

*/s/ Joann Sternheimer*
Joann Sternheimer, Esq.
Lippes Mathias, LLP
*Attorneys for Plaintiff*
54 State Street, Suite 1001
Albany, NY 12207
Ph.  (518) 462-0110
E-mail: jsternheimer@lippes.com


Dated: May 1, 2026

**GLEASON, DUNN, WALSH & O'SHEA**

*/s/ John P. Calareso*
John P. Calareso, Esq.
Kathryn D. Bobel, Esq.
*Attorneys for Defendants*
300 Great Oaks Blvd., Ste 321
Albany, New York 12203
Tel.: (518) 432-7511
E-mail: jcalareso@gdwo.net
          kbobel@gdwo.net


Dated: May 1, 2026


**SO ORDERED.**

Dated: _____, 2026
          Albany, New York


                                                    _____
                                                    Hon. Daniel J. Stewart
                                                    U.S. Magistrate Judge